UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
BEAL BANK, S.S.B., as First Lien Collateral :
  Agent, :
 :
            Plaintiff, :
 :   No. 10 Civ. 1401 (LTS)
      - against - :
 :
U.S. BANK NATIONAL ASSOCIATION, as :   **DISCLOSURE STATEMENT**
Second Lien Collateral Agent; AVENUE :   **PURSUANT TO FED. R. CIV. P. 7.1**
CAPITAL MANAGEMENT; BRIGADE :
LEVERAGED CAPITAL STRUCTURES FUND :
LTD.; CONTINENTAL CASUALTY COMPANY; :
CONTRARIAN FUNDS LLC; GOLDENTREE :
ASSET MANAGEMENT, L.P.; MFC GLOBAL :
INVESTMENT MANAGEMENT (U.S.), L.L.C.; :
NORTHEAST INVESTORS TRUST; OAKTREE :
CAPITAL MANAGEMENT; and POLYGON :
GLOBAL OPPORTUNITIES MASTER FUND, :
 :
            Defendants. :
---------------------------------------- x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Continental Casualty Company states that it is a direct subsidiary of The Continental Corporation, which is, in turn, a direct subsidiary of CNA Financial Corporation. Loew's Corporation, a public corporation, holds 89.97% of the voting stock in CNA Financial Corporation. CNA Financial Corporation is a public company.

Dated: February 22, 2010

Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP

By: _____

Kristopher M. Hansen
Curtis C. Mechling

NY 72597713

Daniel A. Ross
Erez Gilad
Elizabeth Cronise
180 Maiden Lane
New York, New York 10038
Tel: 212-806-5400
Fax: 212-806-6006
Email: khansen@stroock.com
cmechling@stroock.com
dross@stroock.com
egilad@stroock.com
ecronise@stroock.com

*Counsel to Avenue Capital Management, Brigade Leveraged Capital Structures Fund Ltd., Continental Casualty Company, Contrarian Funds LLC, Goldentree Asset Management, L.P., MFC Global Investment Management (U.S.), L.L.C., Northeast Investors Trust, Oaktree Capital Management, and Polygon Global Opportunities Master Fund*